27 A.3d 986

**Jose SERRANO, Petitioner**

v.

**CLERK OF QUARTER SESSIONS FOR the FIRST JUDICIAL DISTRICT OF PENNSYLVANIA, Respondent.**

**No. 22 EM 2011.**

Supreme Court of Pennsylvania.

Aug. 11, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of August, 2011, the Application for Leave to File Original Process is **GRANTED,** and the

Petition for Writ of Mandamus is **DENIED.** The Application to Dismiss for Mootness and the Motion for Leave to File a Reply in Support of Motion to Dismiss for Mootness are **DISMISSED AS MOOT.**